

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-12-00336-CV

**IN THE MATTER OF THE GUARDIANSHIP OF WILLIAM LONGSTRETH**, an
incapacitated person

From the County Court, Kerr County, Texas
Trial Court No. CCL12-2
Judge Spencer W Brown, Judge Presiding

PER CURIAM

Sitting:    Karen Angelini, Justice
            Steven C. Hilbig, Justice
            Marialyn Barnard, Justice

Delivered and Filed:  December 12, 2012

MOTION TO DISMISS GRANTED; DISMISSED

On April 30, 2012, the trial court signed an order finding that both Nan Ginger and
Caroline Longstreth lacked standing to be appointed guardian and dismissing each of their
applications. Both Ginger and Longstreth appealed the order. On November 26, 2012, Longstreth
filed a motion to dismiss the appeal because the Ward has died. Ginger has not filed an
opposition or any other response to the motion.

We grant the motion and dismiss the appeal. Costs of appeal are taxed against the party
who incurred them.

PER CURIAM